IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-CR-127-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRANDY MICHELE WILKINS, ) <br> a/k/a BRANDY MICHELE SEARCY, ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> WRIGHT ENTERPRISES OF ) <br> HENDERSON CO., INC., ) <br> Garnishee. ) <br> ) | WRIT OF CONTINUING <br> GARNISHMENT |

TO GARNISHEE:   Wright Enterprises of Henderson Co., Inc.
ATTN: Payroll Department
2614 Hendersonville Road
Arden, NC 28704

An Application for a Writ of Continuing Garnishment ("Application") against property of Brandy Michele Wilkins, a/k/a Brandy Michele Searcy ("Defendant") has been filed with this Court (Doc. 27). The Application is **GRANTED** and this Writ is hereby **ENTERED**.

A judgment was entered against Defendant, dated October 3, 2017, which directed Defendant to pay an assessment of $100 and restitution of $12,851.97. (Doc. 22). According to the Application, a balance of $10,784.93, as computed through June 24, 2024, is due and owing.

1

You, as the Garnishee, are required by law to **answer in writing**, under oath, within ten (10) days of service of this Writ, whether or not you have in your custody, control, or possession any property or funds owned by Defendant, including nonexempt disposable earnings.

Pending further order of the Court, you **must withhold and retain** any property in which Defendant has a substantial nonexempt interest and for which you are or may become indebted to Defendant, provided that the amount withheld may not exceed the lesser of twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage. See 15 U.S.C. § 1673(a).

Please state whether or not you anticipate paying Defendant any future payments and whether such payments are weekly, bi-weekly, monthly, annually, or bi-annually.

You **must file the original written Answer to this Writ** within ten (10) days of your receipt of this Writ with the Court:

Clerk of the United States District Court
401 West Trade Street
Charlotte, North Carolina 28202

Additionally, you are required by law to serve a copy of the Answer upon Defendant at Defendant's last known address:

Brandy Michele Wilkins, a/k/a Brandy Michele Searcy
XXXXXXXXXXXXXXXXXXX
Hendersonville, NC XXXXX

You are also required to serve a copy of the Answer upon the United States at the following address:

Financial Litigation Unit
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging Defendant from employment by reason of the fact that his or her earnings have been subject to garnishment for any one indebtedness.

Pursuant to 28 U.S.C. § 3205(c)(6), if you **fail to answer this Writ or withhold property or funds** in accordance with this Writ, the United States may petition the Court for an order requiring you to appear before the Court to answer the Writ and to withhold property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of

Defendant's nonexempt interest in such property. The Court may award a reasonable attorney's fee to the United States and against you if the Writ is not answered within the time specified and a petition requiring you to appear is filed as provided in 28 U.S.C. § 3205.

Signed: June 25, 2024

_____

W. Carleton Metcalf
United States Magistrate Judge